FILED
July 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003647947

LAW OFFICES OF JOHN A. TOSNEY
JOHN A. TOSNEY, SBN: 97183
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 441-4002
Fax: (916) 441-4622

Attorney for Debtor(s)
BRIAN DOUGLAS GERMAN and
VALERIE COMARSH GERMAN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

BRIAN DOUGLAS GERMAN and
VALERIE COMARSH GERMAN,

Debtor(s).
_____/

Case No.: 11-35764-C-13L
Mtn. Ctrl. No.JT-2
In Chapter 13
DATE: August 30, 2011
TIME: 2:00 p.m.
DEPT: C, CTRM 33
Honorable Judge Christopher Klein

**CERTIFICATE OF SERVICE**

I, Jana Gabby, declare:

I am a citizen of the United States and a resident of the County of Solano and the Eastern District of California, over the age of eighteen (18) years, and not a party to the within action; my business address is 331 J Street, Suite 200, Sacramento, CA, 95814. On ___7-21___, 2011, I served the within by mail, **NOTICE OF MOTION TO VALUE COLLATERAL OF BENEFICIAL CALIFORNIA, INC., MOTION TO VALUE COLLATERAL OF BENEFICIAL CALIFORNIA, INC., DECLARATION OF REAL ESTATE APPRAISER IN SUPPORT OF MOTION TO VALUE and EXHIBIT IN SUPPORT OF MOTION TO VALUE COLLATERAL OF BENEFICIAL CALIFORNIA, INC.,** on the party listed herein below by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail, at Sacramento, Sacramento County, California, addressed as follows:

Office of the U.S. Trustee
501 I Street, Room 7-500
Sacramento, CA 95814

| | |
|---|---|
| 1 | |
| 2 | Lawrence J. Loheit<br>Chapter 13 Trustee |
| 3 | P.O. Box 1858<br>Sacramento, CA 95812 |
| 4 | |
| 5 | Beneficial California, Inc<br>c/o HSBC Mortgage Services, Inc. |
| 6 | Attn: Officer or Managing Agent<br>26525 Riverwoods Blvd |
| 7 | Mettawa, IL 60045 |
| 8 | |
| 9 | Beneficial California, Inc<br>RE: HSBC Mortgage Services, Inc |
|  | C/O CT Corporation System |
| 10 | Attn: Officer or Managing Agent |
|  | 818 West 7th Street |
| 11 | Los Angeles, CA 90017 |
| 12 | |
| 13 | Beneficial California, Inc.<br>c/o HSBC Mortgage Services, Inc. |
| 14 | Attn: Officer or Managing Agent<br>PO Box 21188 |
| 15 | Eagan, MN 55121 |
| 16 | |
| 17 | Beneficial California, Inc.<br>c/oHSBC Mortgage Services, Inc. |
|  | Attn: Officer or Managing Agent |
| 18 | P.O. Box 3425<br>Buffalo, NY 14240-9733 |
| 19 | |
| 20 | Beneficial California, Inc.<br>c/o HSBC Mortgage Services, Inc. |
| 21 | Attn: Officer or Managing Agent |
|  | P.O. Box 9068 |
| 22 | Brandon, FL 33509-9068 |
| 23 | |
| 24 | Brian and Valerie German<br>1525 Hazel Avenue |
| 25 | Yuba City, CA 95993 |
| 26 | I, Jana Gabby, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 27 | |
| 28 | Executed on 7-21, 2011, at Sacramento, Sacramento County, California.<br><br>By: _____<br>    Jana Gabby, Declarant |

7