FILED
July 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003648671

| | |
|---|---|
| 1 | LAW OFFICES OF JOHN A. TOSNEY |
| 2 | JOHN A. TOSNEY, SBN: 97183 |
|   | 331 J Street, Suite 200 |
| 3 | Sacramento, CA 95814 |
|   | Tel: (916) 441-4002 |
| 4 | Fax: (916) 441-4622 |

Attorney for Debtor(s)
BRIAN DOUGLAS GERMAN and
VALERIE COMARSH GERMAN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

BRIAN DOUGLAS GERMAN and
VALERIE COMARSH GERMAN,

Debtor(s).
_____/

Case No.: 11-35764-C-13L
Mtn. Ctrl. No.JT-1
In Chapter 13
DATE: August 30, 2011
TIME: 2:00 p.m.
DEPT: C, CTRM 33
Honorable Judge Christopher Klein

**AMENDED CERTIFICATE OF SERVICE**

I, Jana Gabby, declare:

I am a citizen of the United States and a resident of the County of Solano and the Eastern District of California, over the age of eighteen (18) years, and not a party to the within action; my business address is 331 J Street, Suite 200, Sacramento, CA, 95814. On 7-21, 2011, I served the within by mail, **NOTICE OF MOTION TO VALUE COLLATERAL OF WELLS FARGO BANK, N.A., MOTION TO VALUE COLLATERAL OF WELLS FARGO BANK, N.A., DECLARATION OF REAL ESTATE APPRAISER IN SUPPORT OF MOTION TO VALUE and EXHIBIT IN SUPPORT OF MOTION TO VALUE COLLATERAL OF WELLS FARGO BANK, N.A.**, on the party listed herein below by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail, at Sacramento, Sacramento County, California, addressed as follows:

Office of the U.S. Trustee
501 I Street, Room 7-500
Sacramento, CA 95814

Lawrence J. Loheit

| | |
|---|---|
| 1 | Chapter 13 Trustee |
| 2 | P.O. Box 1858 |
|   | Sacramento, CA 95812 |
| 3 | |
| 4 | Wells Fargo Bank, N.A. |
|   | Attn: Officer or Managing Agent |
| 5 | 101 North Phillips Avenue |
|   | Sioux Falls, SD 57104 |
| 6 | (FDIC insured institution – Served by certified mail) |
| 7 | Wells Fargo Bank, N.A. |
| 8 | c/o CSC Lawyers Inc. Servicing |
|   | Attn: Officer or Managing Agent |
| 9 | 2730 Gateway Oaks Drive, Suite 100 |
|   | Sacramento, CA 95833 |
| 10 | (FDIC insured institution – Served by certified mail) |
| 11 | |
| 12 | Wells Fargo Bank, N.A. |
|    | Attn: Officer or Managing Agent |
|    | P.O. Box 31557 |
| 13 | Billings, MT 59107 |
| 14 | (FDIC insured institution – Served by certified mail) |
| 15 | Wells Fargo Bank, N.A. |
|    | Attn: Officer or Managing Agent |
| 16 | P.O. Box 4233 |
| 17 | Portland, OR 97208-4233 |
|    | (FDIC insured institution – Served by certified mail) |
| 18 | |
| 19 | Brian and Valerie German |
|    | 1525 Hazel Avenue |
| 20 | Yuba City, CA 95993 |

21    I, Jana Gabby, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

22

23    Executed on 7-21, 2011, at Sacramento, Sacramento County, California.

24    By: _____
         Jana Gabby, Declarant

25

26

27

28

7